**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Steven Lloyd Bryant,<br><br>          Petitioner,<br><br>vs.<br><br>Dora Schriro,<br><br>          Respondents. | No. CV-01-0543-PCT-PGR<br><br><u>ORDER and CERTIFICATE</u><br><u>OF APPEALABILITY</u> |

      Pending before the Court is petitioner Steven Lloyd Bryant's Request for Certificate of Appealability (doc. #104), wherein the petitioner seeks to have the Court certify the following issue for appeal: "Was Petitioner's habeas corpus petition timely because the one-year statute of limitations was either statutorily or equitably tolled." Having considered the request in light of the petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 and the Court's order (doc. #101) denying the petition as time-barred, the Court finds that the petitioner is entitled to a limited certificate of appealability.

      Since the Court dismissed the petitioner's § 2254 petition on procedural grounds, a certificate of appealability may issue only if the petitioner shows

(1) that reasonable judges would find it debatable whether the Court was correct in its procedural ruling, and (2) that reasonable judges would find it debatable whether the § 2254 petition states a valid claim of the denial of a constitutional right. <u>Rosas v. Neilsen</u>, 428 F.3d 1229 (9th Cir. 2005).  The Court concludes that the only issue presented by the petitioner that meets both of these requirements is the limited issue of whether the one-year limitations period of the Antiterrorism and Effective Death Penalty Act (AEDPA) should be tolled notwithstanding that the petitioner had access to legal materials containing the provisions of the AEDPA's statute of limitations because the Arizona Department of Corrections did not provide him with case law interpreting and explaining the limitations period.  Therefore,

IT IS ORDERED that the petitioner's Request for Certificate of Appealability (doc. #104) is granted solely as to the issue of whether the limitations period of the Antiterrorism and Effective Death Penalty Act was tolled by the Arizona Department of Corrections' failure to provide the petitioner with case law interpreting and explaining the limitations period.

DATED this 30th day of May, 2006.

Paul G. Rosenblatt
United States District Judge